UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>USA</u>

    v.        10-mc-72-SM

<u>Justin G. Roulston</u>

<u>O R D E R</u>

  I herewith approve the Report and Recommendation of Magistrate Judge Landya B. McCafferty dated November 30, 2010, no objection having been filed. I hereby order the taxpayer, Justin G. Roulston, to obey the summons and that he appear on January 21, 2011 at 9:00 a.m. at the IRS Offices located at 80 Daniel Street, Portsmouth, NH, before Andrea Mahoney (or any other authorized Revenue Officer of the IRS) to give testimony and produce all books and records in his/her possession or control required and called for by the terms of the summons dated May 19, 2010. I further order that the government be awarded its costs.

SO ORDERED.

December 21, 2010                    /s/ Steven J. McAuliffe
                                     Steven J. McAuliffe
                                     Chief Judge


cc:   Michael T. McCormack, AUSA
      Justin G. Roulston